1  Zachary M. Best. SBN 166035
   MISSION LAW FIRM, A.P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mail: service@mission.legal

5  Attorneys for Plaintiff
   Francisca Moralez

*GRANTED*
*Judge Yvonne Gonzalez Rogers*
*1/5/2018*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>  Plaintiff,<br><br>vs.<br><br>LOS HERMANOS CORTEZ - LOPEZ CORPORATION dba WALNUT CREEK PRODUCE, et al.,<br><br>  Defendants. | No. 4:17-cv-06017-YGR<br><br>**STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Francisca Moralez ("Plaintiff") and Defendants Los Hermanos Cortez - Lopez Corporation dba Walnut Creek Produce; Nancy McKean, individually and as Trustee of the Fred L. Demattei Bypass Trust; and Susan Demattei (collectively "Defendants"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(2), this action be dismissed with prejudice.

**IT IS FURTHER STIPULATED** between Plaintiff and Defendants that this case has been settled as between them and all issues and controversies have been resolved to their mutual satisfaction. Plaintiff and Defendants request that the Court retain jurisdiction to enforce the terms of their settlement agreement under the authority of <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375, 381-82 (1994).

Dated: January 3, 2018          MISSION LAW FIRM, A.P.C.

/s/ *Zachary M. Best*
Zachary M. Best
Attorneys for Plaintiff
Francisca Moralez

Dated: January 3, 2018          IRONHORSE LAW GROUP, P.C.

/s/ *Nathan L. Scheg*
Nathan L. Scheg
Attorneys for Defendants
Los Hermanos Cortez - Lopez Corporation dba Walnut Creek Produce; Nancy McKean, individually and as Trustee of the Fred L. Demattei Bypass Trust; and Susan Demattei

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

/s/ *Zachary M. Best*
Zachary M. Best
Attorneys for Plaintiff
Francisca Moralez

# ORDER

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff Francisca Moralez ("Plaintiff") and Defendants Los Hermanos Cortez - Lopez Corporation dba Walnut Creek Produce; Nancy McKean, individually and as Trustee of the Fred L. Demattei Bypass Trust; and Susan Demattei (collectively "Defendants") shall comply with the terms of the confidential Settlement Agreement and Release in Full, the terms of which are incorporated herein by reference.

2. By consent of Plaintiff and Defendants, the Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of the settlement agreement.

3. Except as provided for in paragraphs 1 and 2 above, this action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: January 5, 2018

HON. YVONNE GONZALEZ ROGERS
United States District Judge